IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| JAB ENERGY SOLUTIONS II, LLC,) | Bk. No. 21-11226-CTG |
| LLC, et al., ) | BK. BAP No. 23-00058 |
| ) | |
| Debtor. ) | |
| _____) | |
| H. KENNETH LEFOLDT, JR., as ) | |
| the Liquidating Trustee of the JAB ) | |
| Energy Solutions II, LLC Liquidating ) | |
| Trust, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 23-1083-CFC |
| v. ) | Civil Action No. 23-1085-CFC |
| ) | |
| ALLISON MARINE HOLDINGS, ) | |
| LLC, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

## ORDER

At Wilmington this 2nd day of November 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **December 4, 2023.**

2. Appellee's brief in opposition to the appeal is due on or before **January 4, 2024.**

3. Appellant's reply brief is due on or before **January 19, 2024.**

_____
Chief Judge